UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 FEB 12 PM 12:25
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Docket No. |
| Plaintiff, | ) '08 MJ 0406 |
| v. | ) COMPLAINT FOR VIOLATION OF: |
| Jesus DELGADO-Saenz, | ) Title 8, U.S.C., Section 1326 |
| | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **February 11, 2008** within the Southern District of California, defendant, **Jesus DELGADO-Saenz**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **12th** DAY OF **FEBRUARY 2008**

_____
Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jesus DELGADO-Saenz**

## PROBABLE CAUSE STATEMENT

On February 11, 2008, Border Patrol Agent J. Shulick was conducting line-watch operations in the Imperial Beach Border Patrol Station area of operations. At approximately 2:25 A.M., Agent Shulick received an Agency radio broadcast from Remote Video Surveillance System (RVSS) center, of two individuals climbing the secondary fence at an area known as "Cisneros." This area is approximately four miles east of the San Ysidro, California Port of Entry and approximately 30 yards north of the United States/Mexico International Boundary.

Agent Shulick responded to the area RVSS observed the two individuals climbing over the secondary fence and then discovered them attempting to conceal themselves in the brush. Agent Shulick identified himself as a U.S. Border Patrol Agent and conducted an immigration inspection of each individual. Both individuals, including one later identified as the defendant **Jesus DELGADO-Saenz** admitted to being citizens and nationals of Mexico, not in possession of any immigration documents that would allow them to legally enter or remain in the United States. At approximately, 2:30 A.M., Agent Shulick arrested both individuals and had them transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **June 8, 2007** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.